[No. 33952-4-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY
CHARLES PEASNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-02814-3, Norma Smith Huggins, J., entered
December 14, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 30796-7-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN
MONROE STEPP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03959-1, Ann Schindler, J., entered March
7, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 34305-0-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON TRAVIS
STOCKLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-08104-5, Ann Schindler, J., entered March
3, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 32384-9-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE
STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-06921-2, Anthony P. Wartnik, J., entered
February 24, 1993. *Dismissed* by unpublished per curiam
opinion.